UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JAMES EVANS,

                Plaintiff,

  -against-

DEPARTMENT OF CORRECTIONS,
CYNTHANIA BRANN, *New York Department of
Correction Commissioner*, PASTY YANG, *Health
Director Commissioner*, and MARGARET EGAN,
*Board of Correction Executive Director*,

                Defendants.
------------------------------------- x

ORDER

20 Civ. 10124 (GBD)

GEORGE B. DANIELS, District Judge:

On February 9, 2021, Magistrate Judge Cave granted leave to Plaintiff to file a second amended complaint no later than April 12, 2021, and informed Plaintiff that his failure to comply and inability to show good cause for such failure would result in Magistrate Judge Cave's recommendation that the action be dismissed for failure to state a claim on which relief may be granted. (Order dated February 9, 2021 ("February 2021 Order"), ECF No. 10, at 7.) The deadline to file a second amended complaint has since expired and, as of the date of this order, Plaintiff has not shown good cause to excuse his noncompliance with Magistrate Judge Cave's February 2021 Order.

The Clerk of the Court is instructed to close the above-captioned case and mail a copy of this order to Plaintiff.

Dated: February 15, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE